*1378 Judges, and WHYTE *, District Judge.
DYK, Circuit Judge, with whom GAJARSA and LINN, Circuit Judges, join, concurs in the denial of the petition for rehearing en banc.
MOORE, Circuit Judge, with whom O’MALLEY and REYNA, Circuit Judges, join, dissents from the denial of the petition for rehearing en banc.
NEWMAN, Circuit Judge, dissents from the denial of the petition for rehearing en banc.
ON PETITION FOR PANEL REHEARING AND REHEARING EN BANC
PER CURIAM.
ORDER
A petition for rehearing en banc was filed by Plaintiff-Cross Appellant, and a response thereto was invited by the court and filed by Defendant-Appellant. The petition for rehearing was referred to the panel that heard the appeals, and thereafter the petition for rehearing en banc and the response were referred to the circuit judges who are authorized to request a poll of whether to rehear the appeals en banc. A poll was requested, taken, and failed.
Upon consideration thereof,
It Is Ordered That:
(1) The petition of Plaintiff-Cross Appellant for panel rehearing is denied.
(2) The petition of Plaintiff-Cross Appellant for rehearing en banc is denied.
(3)The mandate of the court will issue on August 18, 2011.

 Honorable Ronald M. Whyte, District Judge, United States District Court for the Northern District of California, sitting by designation, did not participate in the decision of whether to rehear the appeal en banc.